UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

Robin D. Gibson,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　Case No.: 3:14-CV-137-PLR-HBG
　　　　　　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　　　　　　)
Acting Commissioner of Social Security,　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　)

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [R. 15] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the Plaintiff's motion for summary judgment [R. 11] is **GRANTED**; the Defendant Commissioner's motion for summary judgment [R. 13] is **DENIED**. This case is **REMANDED** for proper consideration of the plaintiff's subjective complaints of pain regarding her fibromyalgia and a reassessment of the plaintiff's RFC based on proper consideration of the plaintiff's subjective complaints of pain.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
ENTERED AS A JUDGMENT　　　　　　　　　UNITED STATES DISTRICT JUDGE
　s/ *Debra C. Poplin*
　CLERK OF COURT

1